CHARLES PETERSON, Appellant, *v.* RUTH DUNN, Respondent.

Argued April 24, 1941; decided May 22, 1941.

*McKinley L. Phillips* for appellant.

*Clarence G. Pickard* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.